EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2002

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR02-00148SOM** |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 841(a)(1)] |
| | ) | |
| LUISANTOS PISO PICO, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about May 3, 2001, in the District of Hawaii, the

defendant, LUISANTOS PISO PICO, JR., did knowingly and

intentionally distribute 5 grams or more of methamphetamine, its

salts, isomers and salts of its isomers, approximately 27.3 grams, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

COUNT 2

The grand jury charges that:

On or about April 6, 2002, in the District of Hawaii, the defendant LUISANTOS PISO PICO, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 85.6 grams, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1)

Count 3

The grand jury charges that:

On or about April 6, 2002, in the District of Hawaii, the defendant LUISANTOS PISO PICO, JR., did knowingly and intentionally possess with intent to distribute more than 5 grams of methamphetamine, its salts, isomers and salts of its isomers,

to wit, approximately 67 grams, gross weight, a Schedule II
controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

DATED: _April 18, 2002_, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


ELLIOT ENOKI
First Assistant U.S. Attorney


BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. Luisantos Piso Pico,
Cr. No. _____
"Indictment"